IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )          8:10CR269
                               )
         v.                    )
                               )
JAY C. GOLDEN,                 )             ORDER
                               )
                Defendant.     )
_____)


          This matter is before the Court on defendant's motion

to continue hearing (Filing No. 25), together with a waiver of

speedy trial (Filing No. 26).  The Court finds the motion should

be granted.  Accordingly,

          IT IS ORDERED that the Rule 11 hearing is rescheduled

for:

          **Monday, November 22, 2010, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  This will give the parties

time to finalize plea negotiations and will accommodate the

schedule of the Court.  The ends of justice will be served by

continuing this case and outweigh the interests of the public and

the defendant in a speedy trial.  The additional time between

October 27, 2010, and November 22, 2010, shall be deemed

excludable time in any computation of time under the

requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A)
& (B).

DATED this 21st day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court