IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:10CR269
                               )
      v.                       )
                               )
JAY C. GOLDEN,                 )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 33). The Court notes defendant will be filing a written waiver of speedy trial. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, March 22, 2011, at 9 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This will give the parties time to prepare for trial and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 7, 2011, and March 22, 2011, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court